IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 3:20-cr-7-KRG-KAP-23 |
| KEEGAN McCHESNEY, | : |
| Defendant | : |

<u>Memorandum Order</u>

      After this afternoon's status conference, and in light of the defendant's release from an in-patient program to an out-patient program at New Life, the release order previously entered in this matter at ECF no. 760 is reinstated, with the amendments at subsection 7 (o) that he shall faithfully continue with outpatient drug and alcohol treatment at the New Life program previously proposed to Pretrial Services. Any changes or anticipated changes in residence or treatment program shall be disclosed to Pretrial Services.

DATE: January 10, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record, Pretrial Services, United States Marshal Service

1